IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

**UNITED STATES OF AMERICA**

v.

**BRANDON BETTER and
EDDIE REEVES JR.,
Defendants**

Criminal No. 5:23-cr-02

*In violation of:*
18 U.S.C. §§ 371, 922(a)(6), 924(a)(1)(A)
and 924(a)(2)

# INDICTMENT

The Grand Jury charges that:

## Introduction

At all times relevant to this Indictment:

1. The Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF") was an agency within the Department of Justice, which was part of the Executive Branch of the Government of the United States. As part of its lawful functions, the ATF was responsible for enforcing federal firearms laws and preventing illegal firearms trafficking. The ATF issued licenses to firearms dealers and regulations governing the sale and distribution of firearms and ammunition.

2. Federal law prohibited certain categories of individuals, such as individuals convicted of a crime punishable by a term of imprisonment exceeding one year, from possessing firearms. For this reason, licensed dealers were required to obtain information about the identity of individuals who sought to purchase firearms. Licensed dealers were required to have each individual seeking to purchase a firearm complete an ATF Form 4473, called a Firearms Transaction Record. The Form 4473 required the potential firearms purchaser to provide his or her name, address, and other identifying information. The purchaser was also required to present a valid government-issued photo identification to the licensed dealer.

1

3. The Form 4473 also required the potential firearms purchaser to answer a series of questions to determine whether the purchase was permitted under federal law. One of the questions stated, "Are you the actual transferee/buyer of the firearm(s) listed on this form. . .? Warning: You are not the actual transferee/buyer if you are acquiring the firearm(s) on behalf of another person. If you are not the actual transferee/buyer, the licensee cannot transfer the firearm(s) to you." Several other questions asked the purchaser to provide information to be used to determine whether the purchaser was prohibited under federal law from receiving a firearm.

4. Once a purchaser completed the Form 4473, the licensed dealer was required to submit the purchaser's identifying information to a representative of the National Instant Criminal Background Check System ("NICS"), who would inform the licensed dealer whether the purchaser was permitted to receive the firearm.

5. Licensed dealers were required to retain all completed Forms 4473 in their permanent records.

## COUNT ONE
## 18 U.S.C. § 371
### *Conspiracy to Commit Offense Against and Defraud the United States*

6. The allegations in the proceeding paragraphs are repeated and incorporated by reference.

7. From at least March 2021, the exact date being unknown, and continuing until about June 25, 2021, in the Western District of Virginia and elsewhere, defendants BRANDON BETTER and EDDIE REEVES JR. unlawfully conspired with each other and with individuals known and unknown to the grand jury to:

2

    a. Defraud the United States by deceitful and dishonest means by impeding and obstructing the lawful government functions of the ATF in enforcing federal firearms laws and preventing illegal firearms trafficking;

    b. Knowingly make and aid and abet the making of false and fictitious statements to licensed dealers, which statements were intended and likely to deceive the licensed dealers as to a fact material to the lawfulness the sale of firearms under chapter 44 of Title 18, which is an offense against the United States in violation of Title 18, United States Code, Section 922(a)(6); and

    c. Knowingly cause false representations to be made with respect to information required to be kept in the records of a dealer, licensed under Chapter 44 of Title 18, United States Code, which is an offense against the United States in violation of Title 18, United States Code, Section 924(a)(1)(A).

## Overt Acts

8. In furtherance of the conspiracy and to accomplish its unlawful objectives, the following overt acts, among others, were committed in the Western District of Virginia:

    a. BETTER falsely represented on ATF Forms 4473 that he was the actual buyer of the firearms listed in Counts Two through Thirty-Three, when in fact he was not the actual buyer.

    b. The offenses described in Counts Two through Thirty-Three of this Indictment are hereby incorporated by referenced and alleged as overt acts in furtherance of the conspiracy.

9. All in violation of Title 18, United States Code, Section 371.

## COUNTS TWO THROUGH SIX
## 18 U.S.C. § 922(a)(6)
*False Statement During Firearms Purchase*

10. On or about the following dates, in the Western District of Virginia, defendant BRANDON BETTER, in connection with the acquisition of the following firearms from Rural King and Middletown Firearms, licensed dealers within the meaning of Chapter 44, Title 18, United States Code, knowingly made and aided and abetted the making of false and fictitious statements to the licensed dealers, which statements were intended and likely to deceive the licensed dealers as to a fact material to the lawfulness of the sale of the firearms under chapter 44 of Title 18. Specifically, BETTER executed Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Forms 4473 to the effect that that he was the actual buyer of the firearm(s) indicated on the Forms 4473, when in fact as the defendant then knew, BETTER was not the actual buyer of the firearm(s).

| **Count** | **Date** | **Firearm(s)** | **FFL** |
| --- | --- | --- | --- |
| TWO | March 20, 2021 | Ruger Security-0 9mm Pistol | Rural King |
| THREE | April 20, 2021 | Taurus PT111 G2A 9mm Pistol | Rural King |
| FOUR | April 28, 2021 | Taurus G3C 9x19 caliber Pistol<br>Taurus PT111 G2A 9mm Pistol | Rural King |
| FIVE | May 20, 2021 | Glock 48 9x19 caliber Pistol<br>Glock G43X 9mm Pistol | Middletown Firearms |
| SIX | May 20, 2021 | Taurus G3 9x19 caliber Pistol<br>Taurus G3C 9x19 caliber Pistol | Rural King |

11. All in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## COUNTS SEVEN THROUGH SEVENTEEN
## 18 U.S.C. § 922(a)(6)
*False Statement During Firearms Purchase*

12. On or about the following dates, in the Western District of Virginia, defendants BRANDON BETTER and EDDIE REEVES JR., in connection with the acquisition of the

4

following firearms from Rural King and Middletown Firearms, licensed dealers within the meaning of Chapter 44, Title 18, United States Code, knowingly made and aided and abetted the making of false and fictitious statements to the licensed dealers, which statements were intended and likely to deceive the licensed dealers as to a fact material to the lawfulness of the sale of the firearms under chapter 44 of Title 18. Specifically, BETTER executed Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Forms 4473 to the effect that that he was the actual buyer of the firearm(s) indicated on the Forms 4473, when in fact as the defendants then knew, BETTER was not the actual buyer of the firearm(s).

| **Count** | **Date** | **Firearm(s)** | **FFL** |
|---|---|---|---|
| SEVEN | May 8, 2021 | Glock G22 Gen4 .40 caliber Pistol | Middletown Firearms |
| EIGHT | May 8, 2021 | Taurus G3C 9x19 caliber Pistol<br>Taurus PT111 G2A 9mm Pistol | Rural King |
| NINE | May 11, 2021 | FNH 503 M&P 9mm Pistol<br>S&W Shield 9mm Pistol | Middletown Firearms |
| TEN | May 12, 2021 | Glock 43 9x19 caliber Pistol | Middletown Firearms |
| ELEVEN | May 12, 2021 | Taurus PT111 G2A 9mm Pistol | Rural King |
| TWELVE | May 16, 2021 | Taurus PT111 G2A 9mm Pistol<br>Taurus PT111 G2A 9mm Pistol<br>Glock 42 .380 caliber Pistol<br>Glock 42 .380 caliber Pistol | Rural King |
| THIRTEEN | May 17, 2021 | Glock 42 .380 caliber Pistol<br>Glock G48 9mm Pistol | Middletown Firearms |
| FOURTEEN | May 24, 2021 | Anderson AM-15 300 .300 caliber Rifle | Middletown Firearms |
| FIFTEEN | May 26, 2021 | Taurus PT111 G2A 9mm Pistol | Rural King |
| SIXTEEN | May 26, 2021 | Glock 22Gen5 .40 caliber Pistol | Middletown Firearms |
| SEVENTEEN | June 25, 2021 | SCCY CPX-2 9mm Pistol<br>Ruger EC9s 9mm Pistol | Rural King |

13. All in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## COUNTS EIGHTEEN THROUGH TWENTY-TWO
## 18 U.S.C. § 924(a)(1)(A)
### *False Statement on Firearms Records*

14. On or about the following dates, in the Western District of Virginia, defendants BRANDON BETTER knowingly made and aided and abetted the making of false statements and representations to Rural King and Middletown Firearms, persons licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in their records. Specifically, BETTER executed Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Forms 4473 to the effect that that he was the actual buyer of the firearm(s) indicated on the Forms 4473, when in fact as the defendant then knew, he was not the actual buyer of the firearm(s).

| Count | Date | Firearm(s) | FFL |
|---|---|---|---|
| EIGHTEEN | March 20, 2021 | Ruger Security-0 9mm Pistol | Rural King |
| NINETEEN | April 20, 2021 | Taurus PT111 G2A 9mm Pistol | Rural King |
| TWENTY | April 28, 2021 | Taurus G3C 9x19 caliber Pistol<br>Taurus PT111 G2A 9mm Pistol | Rural King |
| TWENTY-ONE | May 20, 2021 | Glock 48 9x19 caliber Pistol<br>Glock G43X 9mm Pistol | Middletown Firearms |
| TWENTY-TWO | May 20, 2021 | Taurus G3 9x19 caliber Pistol<br>Taurus G3C 9x19 caliber Pistol | Rural King |

15. All in violation of Title 18, United States Code, Section 924(a)(1)(A).

## COUNTS TWENTY-THREE THROUGH THIRTY-THREE
## 18 U.S.C. § 924(a)(1)(A)
### *False Statement on Firearms Records*

16. On or about the following dates, in the Western District of Virginia, defendants BRANDON BETTER and EDDIE REEVES JR., knowingly made and aided and abetted the making of false statements and representations to Rural King and Middletown Firearms, persons licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in

their records. Specifically, BETTER executed Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Forms 4473 to the effect that that he was the actual buyer of the firearm(s) indicated on the Forms 4473, when in fact as the defendants then knew, BETTER was not the actual buyer of the firearm(s).

| Count | Date | Firearm(s) | FFL |
|---|---|---|---|
| TWENTY-THREE | May 8, 2021 | Glock G22 Gen4 .40 caliber Pistol | Middletown Firearms |
| TWENTY-FOUR | May 8, 2021 | Taurus G3C 9x19 caliber Pistol<br>Taurus PT111 G2A 9mm Pistol | Rural King |
| TWENTY-FIVE | May 11, 2021 | FNH 503 M&P 9mm Pistol<br>S&W Shield 9mm Pistol | Middletown Firearms |
| TWENTY-SIX | May 12, 2021 | Glock 43 9x19 caliber Pistol | Middletown Firearms |
| TWENTY-SEVEN | May 12, 2021 | Taurus PT111 G2A 9mm Pistol | Rural King |
| TWENTY-EIGHT | May 16, 2021 | Taurus PT111 G2A 9mm Pistol<br>Taurus PT111 G2A 9mm Pistol<br>Glock 42 .380 caliber Pistol<br>Glock 42 .380 caliber Pistol | Rural King |
| TWENTY-NINE | May 17, 2021 | Glock 42 .380 caliber Pistol<br>Glock G48 9mm Pistol | Middletown Firearms |
| THIRTY | May 24, 2021 | Anderson AM-15 300 .300 caliber Rifle | Middletown Firearms |
| THIRTY-ONE | May 26, 2021 | Taurus PT111 G2A 9mm Pistol | Rural King |
| THIRTY-TWO | May 26, 2021 | Glock 22Gen5 .40 caliber Pistol | Middletown Firearms |
| THIRTY-THREE | June 25, 2021 | SCCY CPX-2 9mm Pistol<br>Ruger EC9s 9mm Pistol | Rural King |

17. All in violation of Title 18, United States Code, Section 924(a)(1)(A).

TRUE BILL this __11th__ day of January 2023.

                                                                           s/ Grand Jury Foreperson<br>
                                                                           FOREPERSON

CHRISTOPER R. KAVANAUGH<br>
UNITED STATES ATTORNEY